UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                         :

TERI JON SPORTS, INC.,                              :

                                                        :       17 Civ. 4043 (PAE)

                              Plaintiff,                   :

                                                        :              <u>ORDER</u>

                                   -v-                              :

                                                        :

READMOB TECHNOLOGIES (HK) LTD.,       :

                                                        :

                              Defendant.                 :

                                                        :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

        On review of the docket in this matter, it appears that the sole remaining defendant, Readmob Technologies (HK) Ltd. ("Readmob"), was never served, and that plaintiff never filed its Rule 4(f)(3) motion, which was due November 16, 2017. Dkt. 56. The Court therefore directs plaintiff Teri Jon Sports, Inc. to serve Readmob by November 19, 2019. If service is not completed by then, the Court will dismiss the case, without prejudice, for failure to prosecute.

        SO ORDERED.

                                                                    _____
                                                                    Paul A. Engelmayer
                                                                    United States District Judge

Dated: November 12, 2019
          New York, New York